UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| **Juan Enrique Hernandez Cardona,** *Petitioner*, | Case No.: 3:25-cv-01451 |
|  | Agency Case No.: A203-803-130 |
| V. |  |
| **Warden/Director ICE Processing Facility, Nashville, TN; Acting Assistant Field Office Director, James Rothermel; Rothermel; Supervisory Deportation and Detention Officers, Tommy Burnside and Jared Brassel** | 28 U.S.C. § 2241 |
|  | **DEMAND FOR IMMEDIATE STAY OF TRANSFER** |
| *Respondents*. |  |

**ORDER GRANTING EMERGENCY TEMPORARY RESTRAINING ORDER**

This matter came before the Court upon the Petitioner's Emergency Motion for Temporary Restraining Order and Preliminary Injunction, filed contemporaneously with the Petition for Writ of Habeas Corpus (28 U.S.C. § 2241).

The Court has reviewed the Motion, the verified Petition, and the accompanying Certificate of Service, which establishes that Respondents were provided notice of this emergency filing. The Court finds that:

1. **Jurisdiction** is proper pursuant to 28 U.S.C. § 2241, as the Petitioner is confined within the territorial boundaries of the Middle District of Tennessee.

2. **Irreparable Harm** is imminent, as the Petitioner is subject to an immediate physical transfer from the District, and transfer to an unknown or remote facility would immediately sever the Petitioner's access to existing Nashville-based counsel, constituting an irreparable injury.

3. **Likelihood of Success** on the merits is demonstrated with respect to the Petitioner's claims that mandatory detention under INA § 235(b)(2)(A) is unlawful in his case in particular, because he does not qualify as an "applicant for admission."

Therefore, based on the findings above, it is hereby **ORDERED, ADJUDGED, AND DECREED** as follows:

I. **IMMEDIATE STAY OF TRANSFER**

The Respondents, including the Warden/Director of the ICE Processing Facility, James Rothermel, Tommy Burnside, Jared Brassel, and all agents, employees, or persons acting under the direction or control of the Department of Homeland Security (DHS) or Immigration and Customs Enforcement (ICE), are **IMMEDIATELY RESTRAINED AND ENJOINED** from moving or transferring **JUAN ENRIQUE HERNANDEZ CARDONA (A203-803-130)** from the Nashville ICE Processing Facility, or any other facility within the Middle District of Tennessee, to any location outside this District.

II. **DURATION AND SECURITY**

This Temporary Restraining Order shall be effective immediately upon the signature of the Court and shall remain in effect until the conclusion of the Preliminary Injunction hearing, or further Order of this Court, but absent extension by the Court, in no event more than 14 days.

Pursuant to Federal Rule of Civil Procedure 65(c), and given the constitutional and statutory nature of this habeas challenge to the legality of federal custody, **no security bond is required** of the Petitioner.

III. **EXPEDITED HEARING**

A hearing on the Petitioner's request for a Preliminary Injunction is hereby **SCHEDULED** for December 19, 2025, at 9 a.m. in Courtroom 5C.

**IT IS SO ORDERED.**

Entered this day 16 of December, 2025, at 5 p.m.

*Eli Richardson*
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF TENNESSEE