UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JUAN ENRIQUE HERNANDEZ CARDONA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Agency Case No.: A203-803-130 |
| v. | ) | |
| | ) | Case No.: 3:25-cv-01451 |
| JAMES ROTHERMEL, ET. AL., | ) | |
| | ) | |
| Respondents. | ) | |

## <u>ORDER</u>

Pending before the Court is a "Motion to Add/Substitute Respondents" (Doc. No. 26, "Motion") filed by Petitioner, Juan Enrique Hernandez Cardona, wherein Petitioner requests that this Court name Scott Ladwig, in his official capacity as Acting Director of the New Orleans Field Office of ICE, as a respondent in this matter.

The Motion (Doc. No. 26) is **GRANTED**. The Clerk is **DIRECTED** to substitute Scott Ladwig as the sole respondent in place of all previously named respondents. Accordingly, Petitioner's prior motions (Doc. Nos., 7, 8, and 17) seeking to substitute respondents are hereby **DENIED** as moot.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE