UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUAN ENRIQUE HERNANDEZ CARDONA, | ) ) ) ) |
| Petitioner, | ) ) |
| | ) Agency Case No.: A203-803-130 |
| v. | ) ) Case No.: 3:25-cv-01451 |
| SCOTT LADWIG, in his official capacity as Acting Director of the New Orleans Field Office of ICE, | ) ) ) ) ) |
| Respondent. | ) |

### AMENDMENT TO ORDER GRANTING EMERGENCY TEMPORARY RESTRAINING ORDER

This matter came before the Court upon the Petitioner's Emergency Motion for Temporary Restraining Order and Preliminary Injunction, filed contemporaneously with the Petition for Writ of Habeas Corpus (28 U.S.C. § 2241). On December 17, 2025, the Court granted an ex parte temporary restraining order (Doc. No. 6, "Original TRO"). On December 19, 2025, the Court held a hearing to determine, among other things, the extent to which the Original TRO should be dissolved, modified, or converted into a preliminary injunction. As, and for the reasons, explained by the Court during the December 19 hearing, the Court modifies the content (but not the presumptive duration) of the Original TRO. In particular, Section I of the original TRO (captioned "Immediate Stay of Transfer") is modified by adding the italicized language so that it now reads as follows:

The Respondents, including the Warden/Director of the ICE Processing Facility, James Rothermel, Tommy Burnside, Jared Brassel, and all agents, employees, or persons acting under

the direction or control of the Department of Homeland Security (DHS) or Immigration and Customs Enforcement (ICE), are **IMMEDIATELY RESTRAINED AND ENJOINED** from moving or transferring **JUAN ENRIQUE HERNANDEZ CARDONA (A203-803-130)** from the Nashville ICE Processing Facility, or any other facility within the Middle District of Tennessee *or Western District of Tennessee*, to any location outside the Middle District of Tennessee *or Western District of Tennessee*.[1]

IT IS SO ORDERED.

*Eli Richardson*
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF TENNESSEE

---

[1] The Court also notes that Section III of the original order (captioned "Expedited Hearing"), in which the December 19 hearing was scheduled, is now moot. The Court also has concluded, consistent with its discussion during that hearing, that Part 3 of the recitals in the original Order (captioned "Likelihood of success") should state "'seeking admission'" rather than "an 'applicant for admission'"