The Government shall respond to the motion (Doc. No. 31) by noon on December 23, 2025.

*Eli Richardson*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **Juan Enrique Hernandez Cardona,** *Petitioner*, | ) ) ) ) | Case No.: 3:25-cv-01451 Agency Case No.: A203-803-130 |
| V. | ) ) ) | |
| **Scott Ladwig, in his official capacity as Acting Director of the United States New Orleans Field Office Of U.S. Immigration and Customs Enforcement** | ) ) ) ) ) ) ) | 28 U.S.C. § 2241 |
| *Respondents*. | ) | |

**EMERGENCY MOTION FOR AN ORDER DIRECTING THE CLERK TO ISSUE SUMMONSES**

**I. ARGUMENT**

Petitioner Juan Enrique Hernandez Cardona, by and through counsel, respectfully moves this Court for an emergency order directing the Clerk of Court to issue summonses for the Attorney General of the United States and the United States Attorney for the Middle District of Tennessee:

- **United States Attorney, Middle District of Tennessee** 719 Church Street, Suite 3300, Nashville, TN 37203
- **Attorney General of the United States** U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530

The United States Attorney's Office **refuses** to accept service of process unless the summons explicitly lists its office's name on the summons. Now, Petitioner is unable to send certified mail as required before the end of business today–further prolonging a detention this