UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUAN ENRIQUE HERNANDEZ CARDONA, | )<br>)<br>) |
| Petitioner, | )<br>) |
| v. | ) Agency Case No.: A203-803-130<br>)<br>) Case No.: 3:25-cv-01451 |
| SCOTT LADWIG, in his official capacity as Acting Director of the New Orleans Field Office of ICE, | )<br>)<br>)<br>) |
| Respondent. | )<br>) |

## JUDGMENT

In accordance with the Order entered by the Court this day:

It is the judgment of the Court that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is GRANTED.

Accordingly, Respondent is directed to immediately release Petitioner from custody.

This 23rd day of December 2025.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE